UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MARKEL AMERICAN INSURANCE CO. | CIVIL ACTION |
| VERSUS | NO. 24-346 |
| WORK BOAT ELECTRICAL SERVICES, LLC | SECTION: "J"(1) |

### ORDER

Considering the foregoing *Motion for Voluntary Dismissal* **(Rec. Doc. 13)**,

**IT IS HEREBY ORDERED** that the motion is **GRANTED**, and all claims in the above-captioned matter are **DISMISSED, with prejudice**, and with each party to bear its own costs.

New Orleans, Louisiana, this 27th day of June, 2024.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE